# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

DAVID T. MARK,                                Civil No. 06-3057 (JRT/RLE)

       Plaintiff,

v.                                                **ORDER ADOPTING REPORT AND RECOMMENDATION**

WARDEN MARTY ANDERSON,

       Defendant.

---

David T. Mark, #17014-047, Federal Medical Center, PMB 4000, Rochester, Minnesota 55903, petitioner *pro-se*.

Nicole A. Engisch, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for respondent.

Based upon the Report and Recommendation by United States Chief Magistrate Judge Raymond L. Erickson, and after an independent review of the files and records in this case, and on the fact that no objections have been filed to the Report and Recommendation, **IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus [Docket No. 1] is dismissed as moot.

DATED: February 5, 2007                             s/John R. Tunheim
at Minneapolis, Minnesota.                      JOHN R. TUNHEIM
                                                       United States District Judge